**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TERRANCE DEANDRE ELLISON,<br>    aka "MB",<br>    aka "Matt",<br><br>        Defendant. | Case No. 20-CR-01788-WQH<br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the Court grants as follows the United States' Motions to: (1) Compel Counsel to Provide Pertinent Information; and (2) Stay the Deadline for the United States' Response to Defendant's Motion under § 2255. (ECF No. 199.)

IT IS FURTHER ORDERED that, pursuant to the process established in *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), Defendant SHALL respond in writing as to whether he desires to pursue his § 2255 motion, or whether he desires to abandon the claim in order to avoid waiving the attorney-client privilege, on or before **JUNE 22, 2026**. If the Defendant elects to pursue his claim, or if he has not responded by **JUNE 22, 2026**, IT IS HEREBY HELD that the attorney-client privilege as to all communications regarding the claims raised by Defendant's motion between the Defendant and his former counsel, Frank Balistrieri and Dacely Garcia, will be deemed waived by the Defendant.

In that event, IT IS HEREBY ORDERED that Defendant's former counsel, Frank Balistrieri and Dacely Garcia, provide an affidavit and supporting materials to the United States as to all matters relating to the pending motion no later than **JULY 20, 2026**.

IT IS FURTHER ORDERED that the substance of the communications between the Defendant and Frank Balistrieri or Dacely Garcia, and the resulting declarations from Frank Balistrieri and Dacely Garcia, may be used only by representatives of the United States Department of Justice, and only for purposes of any proceedings incident to litigating the claims presented in the collateral-attack motion pending before this Court. This order shall continue in effect after the conclusion of those proceedings and specifically shall apply in the event of a retrial of all or any portion of the Defendant's criminal case, except that either party maintains the right to request modification or vacation of this order upon entry of final judgment in this matter.

IT IS FURTHER ORDERED that the United States' time for filing its response to Defendant's pending § 2255 motion be continued until **AUGUST 20, 2026**.

IT IS FURTHER ORDERED that Defendant may file a reply to the United States' response to his § 2255 motion on or before **SEPTEMBER 21, 2026**.

Dated:  May 15, 2026

Hon. William Q. Hayes
United States District Court